UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVEN BARNETT, JR.

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 09-846-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 2, 2011 (doc. no. 17) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion to admit new and material evidence is DENIED. Further, the ALJ's decision is AFFIRMED, and the plaintiff's appeal is DISMISSED, with prejudice.

Baton Rouge, Louisiana, this 31st day of March, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA